# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Roby, Karen W. | Eastern District of Louisisana | 05/01/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge-Fulltime | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

500 Poydras Street Rm B437
New Orleans, Louisiana 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President-Elect-Executive Board | Federal Magistrate Judges Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 05/01/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Clerk of Court, Orleans Parish |
| 2. | 2011 | Law Firm of Clarence Roby, Jr. APLC |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | February 27-March 2, 2011 | Washington, D.C. | Executive Board Mtg & AO Magistrate Judge Advisory Meeting | Meals, Hotel and Transportation |
| 2. | Federal Judicial Center | July 17, 2011 -July 23, 2011 | Atlanta, Georgia | Retirement Planning , FJC & Workshop for Magistrate Judges | Hotels hotel Transportation |
| 3. | Federal Magistrate Judges Association | September 13-16, 2011 | Washington, D.C. | Executive Board Mtg & AO Magistrate Judge Advisory Meeting | Meals, Hotel and Transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 05/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Northwestern Mutual Insurance Compaany | Scholarship-Highest GPA & Group MVP scholarship-dependent child | $10,000.00 |
| 2. | Howard University Trustee Scholarship | School of Buisness Pepsico- Naylor Fitzugh Scholarship-dependent child | $7,500.00 |
| 3. | Francis Financial Investments | Tickets to Essence Music Festival | $600.00 |
| 4. | Howard University | Business 21 CAP Honors Program-dependent child | $10,000.00 |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Howard University | College Tuition | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | MUTUAL FUND-GLOBALGOLD AMERICAN CENTURY | A | Dividend | J | T | | | | | |
| 2. | LIBERTY BANK & TRUST | A | Interest | J | T | | | | | |
| 3. | VANGUARD INFLATION PROTECTED SECURITES | B | Dividend | J | T | | | | | |
| 4. | LOUISIANA START 529 PLAN-Principle Protection Plan | A | Dividend | K | T | | | | | |
| 5. | LOUISIANA START 529 PLAN-Principle Protection Plan | A | Dividend | K | T | | | | | |
| 6. | Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 7. | JPMORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 8. | MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 9. | EXXON MOBIL CORP | A | Dividend | J | T | | | | | |
| 10. | INGDIRECT MONEY MARKET | A | Dividend | J | T | | | | | |
| 11. | LOOMIS SALYES GLOBAL BOND RETAIL | A | Dividend | K | T | | | | | |
| 12. | STREET TRACKS GOLD | A | Dividend | J | T | | | | | |
| 13. | FAIRHOLME FUND | A | Dividend | J | T | | | | | |
| 14. | PETRO CHEMICAL | A | Dividend | J | T | | | | | |
| 15. | SUNCOR ENERGY | A | Dividend | J | T | | | | | |
| 16. | SPIDER GOLD TRUST | A | Dividend | J | T | Buy | 08/09/11 | J | | ING CASH RESERVES |
| 17. | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roby, Karen W. | 05/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Karen W. Roby**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544